# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RASHAWN EDWARDS,<br>    Plaintiff,<br><br>v.<br><br>SUPERINTENDENT KAUFFAMAN, THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA AND THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA,<br>    Defendants. | CIVIL ACTION<br><br><br><br>NO.  21-1399 |

## O R D E R

**AND NOW**, this 3rd day of May, 2021, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, the review of Objections by United States District Judge Wendy Beetlestone and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, **IT IS ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2254 is **SUMMARILY DISMISSED** as untimely, with prejudice.

3. There is no basis for the issuance of a certificate of appealability.

**BY THE COURT:**

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**